432

ELLIOTT *v.* ADAMS *et al.*

BECK, P. J. Under the evidence in this case there was no abuse of discretion on the part of the court in refusing the interlocutory injunction sought. *Judgment affirmed. All the Justices concur.*

No. 7380. APRIL 18, 1930.

*Augustine Sams* and *C. H. Feagan,* for plaintiff.
*R. B. Blackburn* and *Hugh Burgess,* for defendants.